IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| VICTOR LOPEZ,<br>    Plaintiff,<br><br>v.<br><br>VOYAGER INDEMNITY INSURANCE COMPANY,<br>    Defendant. | §<br>§<br>§<br>§  Civil Action No.<br>§  DR-16-CV-0073-AM/VRG<br>§<br>§<br>§<br>§ |

FILED
OCT 18 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

### ORDER OF DISMISSAL WITH PREJUDICE

On October 13, 2016, the parties filed a joint stipulation of dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendant are **DISMISSED WITH PREJUDICE** as set forth in the joint stipulation. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 18th day of October, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE